## (November 24, 1970)

SAMUEL GREENBERG, Respondent, v. STUDEBAKER TAXI CORPORATION OF MANHATTAN, Defendant, and STUDEBAKER CORPORATION, Formerly Known as STUDEBAKER PACKARD CORPORATION, Appellant.—

Concur — Stevens, P. J., Eager, Markewich, Nunez and McNally, JJ.

In the Matter of GODFREY C. BLOCH, Respondent, v. SAINT ANDREW'S SOCIETY OF THE STATE OF NEW YORK et al., Appellants.—

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and McNally, JJ.

In the Matter of IVAN V., a Person Alleged to be a Juvenile Delinquent, Appellant.—

Concur — Eager, J. P., Capozzoli, McGivern and Tilzer, JJ.

In the Matter of 68–70 LIQUOR CORP., Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.—

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and McNally, JJ.